UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/6/23__
```

| | |
|---|---|
| **ROBINSON,** | |
| Plaintiffs, | **23-cv-05917 (ALC)** |
| -against- | |
| **THE CITY OF NEW YORK ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 10, 2022, Plaintiff filed a Complaint commencing this action against Defendants City of New York, Luis Candelaria, Elvin A. Pichardo, and John Doe and Jane Doe #1-6. ECF No. 1. To date, Plaintiff has not filed proof of service of the complaint and summons. Plaintiff is hereby **ORDERED** to submit a status report on the current status of this action by no later than **October 12, 2023.**

**SO ORDERED.**

Dated:   October 6, 2023
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge